UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

08 CV 8034

- - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND                   :
THE MCGRAW-HILL COMPANIES, INC.,

                                            :

                        Plaintiffs,

                                            :

        -against-                           :

                                            :

HENRY NUGROHO D/B/A SBOOKS4SALE
D/B/A MR. SBOOKS 4SALE D/B/A                :
SURYANET AND JOHN DOE NOS. 1-5,

                                            :

                        Defendants.

                                            :

- - - - - - - - - - - - - - - - - - -x



RECEIVE

SEP 17 2008

U.S.D.C. S.D. N.Y.
CASHIERS

COMPLAINT

        Plaintiffs Pearson Education, Inc. ("Pearson"), John

Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. ("Cengage")

and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their

undersigned attorneys, for their complaint against defendants

Henry Nugroho d/b/a sbooks4sale d/b/a Mr. Sbooks 4Sale d/b/a

Suryanet and John Doe Nos. 1-5, aver:

                    Nature of the Action

        1.    Plaintiffs are bringing this action to obtain

legal and equitable relief to remedy defendants' infringement of

plaintiffs' copyrights and trademarks through their sales of

electronic copies of instructors' solutions manuals.

## Jurisdiction and Venue

2.    This Court has subject matter jurisdiction over the first three claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq. or the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction over the fourth claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3.    Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4.    Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.    Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.    Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7.   McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.   Upon information and belief, defendant Henry Nugroho is a natural person presently residing either at 9308 Cherry Hill Road #101, College Park, Maryland 20740 or at an address presently unknown to plaintiffs in Japan.

9.   Upon information and belief, defendants John Doe Nos. 1-5 are natural persons whose identities are presently unknown to plaintiffs.

### The Businesses of Plaintiffs

10.   Each plaintiff publishes a variety of works, including educational books.

11.   As a standard practice, each plaintiff requires its authors to assign the copyrights to them or grant them the exclusive rights of reproduction and distribution in the United States.   This practice enables each plaintiff to maximize the dissemination of each work.

12.   Plaintiffs invest significant monies to publish their copyrighted works.   Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

13.   Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

14.   An important part of plaintiffs' business is derived from publishing college textbooks.  College professors select textbooks from competing publishers based on the pedagogical value and the quality of supplementary materials.

15.   Instructors' solutions manuals are important supplementary materials.  Professors use instructors' solutions manuals to aid in grading homework.  Students, however, use instructors' solutions manuals to cheat.  Professors are less likely to select a textbook if the instructors' solutions manuals are freely and/or widely available.  Accordingly, plaintiffs do not sell their instructors' solutions manuals, and tightly control their distribution to known faculty.

### Plaintiffs' Copyrights and Trademarks

16.   Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works, including those identified on Schedule A (the "Pearson Copyrights").  Wiley has generally registered its copyrights in

4

its works, including those identified on Schedule B (the "Wiley Copyrights"). Cengage has generally registered its copyrights in its works, including those identified on Schedule C (the "Cengage Copyrights"). McGraw-Hill has generally registered its copyrights in its works, including those identified on Schedule D (the "McGraw-Hill Copyrights").

17. Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

18. Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson's rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall." Pearson is the direct holder of the well-known trademark "Benjamin Cummings." Pearson's affiliate corporation Addison Wesley Longman, Inc., is the owner of, and Pearson is the exclusive licensee of, with the accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule E.

19. Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley

Trademarks"). The United States Registrations for the Wiley Trademarks are identified on Schedule F.

20. Among McGraw-Hill's well-known trademarks are "McGraw-Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks"). The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule G.

### The Infringing Acts of Defendants

21. Defendants have without permission reproduced and sold copies of plaintiffs' works, including, upon information and belief, works containing the Pearson, Wiley or McGraw-Hill Trademarks. Specifically, defendants have reproduced and sold electronic copies of plaintiffs' instructors' solutions manuals through the Internet at sites such as "eBay.com," "Half.com," "Google Groups," "Craigslist.com," "Alibaba.com," "Mathkb.com," "Studentdump.com," "Sci.tech-archive.net" and "Blogspot.com" using the usernames sbooks4sale, Mr. Sbooks 4Sale and Suryanet and the e-mail addresses suryanet@hotmail.com, hnugroh1@jhu.edu, sbooks4sale@hotmail.com and qbooks4sale@hotmail.com.

### FIRST CLAIM FOR RELIEF
(Copyright Infringement – 17 U.S.C. § 501)

22. Plaintiffs repeat the averments contained in paragraphs 1 through 21 as if set forth in full.

23. Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

24.   Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

25.   Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

26.   McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

27.   The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

28.   Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

29.   Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

30.   Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

31.   Plaintiffs are entitled to recover all damages

sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

## SECOND CLAIM FOR RELIEF
(Trademark Infringement – 15 U.S.C. § 1114(a))

32.   Plaintiffs repeat the averments contained in paragraphs 1 through 31 above as if set forth in full.

33.   Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein.   Pearson's licensor parent and affiliate companies have obtained numerous United States Trademark Registrations for the Pearson Trademarks.

34.   Wiley owns the Wiley Trademarks, for which it has obtained numerous United States Trademark Registrations.

35.   McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

36.   The Pearson, Wiley and McGraw-Hill Trademarks are valid and enforceable.

37.   Defendants have infringed the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them, upon information and belief, on and/or in connection with the works that they have sold.

38.   Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so.   The

damage to plaintiffs includes harm to their good-will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them.

39.   Defendants have willfully infringed the Pearson, Wiley and McGraw-Hill Trademarks.

40.   Plaintiffs are entitled to recover (1) defendants' profits from the infringing works, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

### THIRD CLAIM FOR RELIEF
(Trademark Counterfeiting - 15 U.S.C. § 1117)

41.   Plaintiffs repeat the averments contained in paragraphs 1 through 40 above as if set forth in full.

42.   In connection with the sale of their unlawfully reproduced instructors' solutions manuals, defendants have used, upon information and belief, counterfeits of the Pearson, Wiley and McGraw-Hill Trademarks.

43.   Based upon defendants' use of the counterfeit marks in connection with the sale of the unlawfully reproduced

works, plaintiffs are entitled to treble damages, and/or
statutory damages pursuant to 15 U.S.C. § 1117(b) and (c).

### FOURTH CLAIM FOR RELIEF
(Common Law Unfair Competition)

44.   Plaintiffs repeat the averments contained in
paragraphs 1 through 43 above as if set forth in full.

45.   Defendants' acts complained of herein have damaged
and may continue to damage plaintiffs irreparably.  The damage to
plaintiffs includes harm to their goodwill and reputation in the
marketplace for which money cannot compensate.  Plaintiffs have
no adequate remedy at law for these wrongs and injuries.
Plaintiffs are, therefore, entitled to a preliminary and
permanent injunction restraining and enjoining defendants, their
agents, servants, employees, and attorneys and all persons acting
in concert with them from using the Pearson, Wiley and McGraw-
Hill Trademarks or any colorable imitation of them, to
restitution of defendants' ill-gotten gains, and to punitive
damages in an amount to be determined by the trier of fact in
this action.

WHEREFORE, plaintiffs demand judgment:

A.   Preliminarily and permanently enjoining
defendants, their agents, servants, employees, and attorneys and
all those acting in concert with them from infringing the

Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willfull infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

D.    Awarding plaintiffs their damages and/or defendants' profits from their willful infringement and/or counterfeiting of the Pearson, Wiley and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

E.    Awarding plaintiffs treble damages, treble profits and/or statutory damages pursuant to 15 U.S.C. § 1117(b) and (c);

F.    Directing that defendants engage in such additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

G.    Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

H.   Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

I.   Granting such other and further relief as to this Court seems just and proper.

Dated:   New York, New York
         September 16, 2008

DUNNEGAN LLC

By _____
   William Dunnegan (WD9316)
   wd@dunnegan.com
   Laura Scileppi (LS0114)
   ls@dunnegan.com
   Attorneys for Plaintiffs
    Pearson Education, Inc.,
    John Wiley & Sons, Inc.,
    Cengage Learning Inc. and
    The McGraw-Hill Companies, Inc.
   350 Fifth Avenue
   New York, New York 10118
   (212) 332-8300

Schedule A
"Pearson Copyrights"

Title
Date of Registration
Registration #

1.    A Gift of Fire: Social, Legal
      And Ethical Issues for Computers
      And the Internet
      July 1, 2002
      TX0005562365

2.    Absolute C++
      March 7, 2006
      TX0006311993

3.    Absolute Java
      March 7, 2006
      TX0006309806

4.    Accounting
      February 27, 2004
      TX0005917362

5.    Accounting Information Systems
      July 12, 2005
      TX0006201168

6.    Administrative Law: Bureaucracy in a Democracy
      September 1, 2005
      TX0006228641

7.    Advanced Accounting
      April 10, 2006
      TX0006346581

8.    Advanced Accounting
      September 27, 2002
      TX0005625211

9.    Advanced Calculus
      January 29, 2002
      TX0005476264

10.   Advanced Engineering Mathematics
      January 22, 1998
      TX0004699356

11.   Advertising Principles & Practice
      November 26, 2002
      TX0005645219

12.   Algebra for College Students
      May 4, 2007
      TX0006560443

13.   Algebra for College Students
      November 8, 1995
      TX0004129825

14.   Anatomy and Physiology
      March 14, 2007
      TX0006576746

15.   Applied Algebra
      August 29, 2002
      TX0005604498

16.   Applied Linear Algebra
      March 9, 2005
      TX0006120903

17.   Applied Multivariate
      Statistical Analysis
      September 28, 1999
      TX0005090312

18.   Applied Partial Differential Equations
      April 29, 2003
      TX0005736755

19.   Applied Physics
      July 22, 2004
      TX0006004074

20.   The Art and Science of Leadership
      September 18, 2002
      TX0005617868

21.    Automation, Production Systems,
       and Computer Integrated Manufacturing
       March 2, 1987
       TX0002029549

22.    Basic Business Statistics:
       Concepts and Application
       May 6, 2005
       TX0006158528

23.    Basic Mathematics through Applications
       March 10, 2004
       TX0005956423

24.    Beginning Algebra with Applications & Visualization
       February 22, 2005
       TX0006108898

25.    Beginning and Intermediate Algebra
       June 6, 2006
       TX0005741117

26.    Bond Markets, Analysis and Strategies
       August 22, 2006
       TX0006436905

27.    Building Construction: Principles,
       Materials, and Systems
       July 24, 2007
       TX0006834773

28.    Building Java Programs
       March 28, 2007
       TX0006547195

29.    Business English: Writing in the Workplace
       February 22, 2007
       TX0006521485

30.    Business Forecasting
       September 4, 1997
       TX0004623815

31.    Calculus
       May 23, 2006
       TX0006342740

32.  Calculus and its Applications
     September 15, 2000
     TX0005275641

33.  Calculus, Early Transcendentals
     August 29, 2002
     TX0005600256

34.  Calculus with Applications
     August 30, 2004
     TX0006019137

35.  Chemistry
     August 18, 2003
     TX0005784209

36.  Communication Systems Engineering
     September 26, 2001
     TX0005441572

37.  Complex Variables with Applications
     September 15, 1993
     TX0003611510

38.  Computer Algorithms: Introduction
     to Design and Analysis
     February 15, 2000
     TX0005134407

39.  Computer Networking: A Top-Down Approach
     June 23, 2004
     TX0005982429

40.  Computer organization and Architecture
     September 2, 2005
     TX0006226053

41.  Concepts of Calculus with Applications
     July 27, 2007
     TX0006813040

42.  Conceptual Physics Fundamentals
     July 27, 2007
     TX0006608713

43.   Concepts of Programming Languages
      March 7, 2006
      TX0006312105

44.   Concrete Structures
      December 15, 2006
      TX0006492477

45.   Construction Accounting and Financial Management
      June 1, 2004
      TX0005970238

46.   Construction Methods and Management
      July 2, 2003
      TX0005742991

47.   Construction Project Management
      July 15, 2002
      TX0005568365

48.   Contemporary Engineering Economics
      August 29, 2006
      TX0006426757

49.   Corporate Financial Management
      March 24, 2003
      TX0005728102

50.   Cost Accounting: A Managerial Emphasis
      January 13, 2006
      TX0006311827

51.   A Course in Probability
      March 4, 2005
      TX0006140222

52.   Cryptography and Network Security
      January 17, 2006
      TX0006304469

53.   Data Abstraction and Problem Solving with C++
      May 7, 2004
      TX0005956261

54.   Data and Computer Communications
      August 2, 2006
      TX0006450758

55.   Data Structures and Algorithm Analysis in C++
      December 3, 1993
      TX0003678100

56.   Data Structures & Algorithm Analysis in Java
      January 19, 1999
      TX0004921417

57.   Derivatives Markets
      January 3, 2006
      TX0006274497

58.   Developmental Mathematics
      September 5, 2003
      TX0005815668

59.   Differential Equations with Boundary Value Problems
      September 1, 2005
      TX0006228642

60.   Differential Equations and Linear Algebra
      October 4, 1999
      TX0005064768

61.   Differential Equations: Computing and Modeling
      July 29, 2003
      TX0005758361

62.   Digital and Analog Communication Systems
      October 13, 2000
      TX0005176740

63.   Digital Design
      December 11, 2001
      TX0005451074

64.   Digital Electronics: A Practical Approach
      July 11, 2001
      TX0005355805

65.   Digital Signal Processing
      May 23, 2006
      TX0006347802

66.  Digital Systems: Principles and Applications
     October 20, 2003
     TX0005813295

67.  Discrete and Combinatorial Mathematics
     September 5, 2003
     TX0005814577

68.  Discrete Mathematics
     December 22, 20053
     TX0006262135

69.  Drugs and the Human Body with Implications for Society
     November 10, 2003
     TX0005824553

70.  Economic Growth
     June 7, 2004
     TX0005968728

71.  Economics
     April 20, 2000
     TX0005176721

72.  Economics Today
     February 3, 2005
     TX0006105464

73.  Effective Small Business Management
     June 14, 1996
     TX0004250272

74.  Effective Writing
     April 10, 2006
     TX0006329685

75.  Electric Circuits
     November 30, 2006
     TX0006480516

76.  Electrical Engineering: Principles and Applications
     June 1, 2004
     TX0005968393

77.  Electronic Communications for Technicians
     May 6, 2005
     TX0006172710

78. Electronics and Computer Math
September 1, 2005
TX0006226065

79. Elementary and Intermediate Algebra
February 16, 2006
TX0006298190

80. Elementary Differential Equations (Edwards)
November 10, 2003
TX0005982969

81. Elementary Differential Equations (Kohler)
January 17, 2003
TX0005669578

82. Elementary Statistics (Weiss)
June 22, 2004
TX0005972668

83. Elementary Statistics (Triola)
May 29, 2003
TX0005740881

84. Engineering Economy
October 13, 2005
TX0006234784

85. Engineering Materials: Properties and Selection
August 30, 2004
TX0006018818

86. Engineering Mechanics Dynamics
October 13, 2004
TX0006054474

87. Engineering Mechanics Statistics
October 3, 2001
TX0005450699

88. Engineering Vibration
December 8, 2000
TX0005316354

89. Entrepreneurial Finance: Finance for Small Business
August 12, 2003
TX0005783157

90.     Environmental and Natural Resource Economics
        September 22, 2005
        TX0006250441

91.     Environmental Law
        November 26, 2001
        TX0005717386

92.     Environmental Science Toward A Sustainable Future
        August 30, 2004
        TX0005973222

93.     Error Control Coding: Fundamentals and Applications
        January 13, 1983
        TX0001050075

94.     Essentials of Entrepreneurship and
        Small Business Management
        April 16, 2004
        TX0005961571

95.     Essentials of Logic
        October 6, 2006
        TX0006447645

96.     Essentials of Management Information Systems
        July 1, 2002
        TX0005563570

97.     Essentials of Organizational Behavior
        August 27, 2004
        TX0006023590

98.     Essentials of Statistics
        April 26, 2004
        TX0005926274

99.     Ethics for the Information Age
        June 7, 2004
        TX0005982896

100.    Feedback Control of Dynamic Systems
        January 15, 2002
        TX0005475773

101.   Financial Accounting
       April 7, 2005
       TX0006148637

102.   Financial Accounting: A Business Process Approach
       March 26, 2002
       TX0005500542

103.   Financial Reporting and Analysis
       July 22, 2004
       TX0006004370

104.   Finite Element Analysis: Theory and Application
       February 6, 2003
       TX0005671923

105.   Finite Mathematics & its Applications
       April 29, 2003
       TX0005738264

106.   Finite Mathematics
       June 23, 2004
       TX0005982435

107.   Finite Mathematics and Calculus with Applications
       January 27, 1998
       TX0004709841

108.   A First Course in Abstract Algebra (Rotman)
       May 4, 2000
       TX0005208285

109.   A first Course in Abstract Algebra (Fraleigh)
       February 12, 2003
       TX0005668461

110.   A First Course in Probability
       October 3, 2001
       TX0005446395

111.   A first Course in Statistics
       July 1, 2002
       TX0005572210

112.   Foundations of Economics
       February 9, 2006
       TX0006298170

113.   Foundations of Finance: The logic
       and practice of financial management
       September 11, 2003
       TX0005811899

114.   The Foundations of Geometry
       March 21, 2005
       TX0006154658

115.   Foundations of Microeconomics
       August 9, 2001
       TX0005434127

116.   A Framework for Human Resource Management
       January 9, 2004
       TX0005886945

117.   A Framework for Marketing Management
       November 29, 2002
       TX0005624436

118.   A Friendly Introduction to Analysis
       February 27, 2004
       TX0005912038

119.   Fundamentals of Applied Electromagnetics
       December 22, 2003
       TX0005854471

120.   Fundamentals of Communication Systems
       February 2, 2005
       TX0006126564

121.   Fundamentals of Differential
       Equations and Boundary Value Problems
       September 11, 2003
       TX0005800226

122.   Fundamentals of Differential Equations
       March 20, 1996
       TX0004242396

123.   Fundamentals of Engineering Economics
       January 9, 2004
       TX0005888575

124. High Speed Networks and Internets:
     Performance and Quality of Service
     December 11, 2001
     TX0005465240

125. Human Resource Management
     September 26, 2001
     TX0005446188

126. Integrated Arithmetic and Basic Algebra
     August 30, 2004
     TX0006019074

127. Interactive Computer Graphics
     November 13, 2002
     TX0005622534

128. Intermediate Algebra (Lial)
     June 25, 2003
     TX0005770699

129. Intermediate Algebra (Martin-Gay)
     September 27, 2002
     TX0005598366

130. Intermediate Algebra (Bittinger)
     February 4, 2003
     TX0005668211

131. International Accounting
     February 2, 2005
     TX0006116836

132. International Business:
     Environments and Operations
     April 10, 2006
     TX0006346572

133. International Business Law:
     Text Cases and Readings
     March 24, 2003
     TX0005727369

134. International Economics
     March 21, 2005
     TX0006150550

135.   International Money & Finance
       September 8, 2003
       TX0005815610

136.   An Introduction to Analysis
       January 9, 2004
       TX0005887037

137.   Introduction to Chemical Principles
       May 12, 2004
       TX0005963688 dyslexic

138.   Introduction to Econometrics
       December 20, 2002
       TX0005659183

139.   Introduction to Linear Algebra
       September 4, 2001
       TX0005390442

140.   Introduction to Linear Programming
       January 7, 2003
       TX0005659588

141.   Introduction to Management Accounting
       October 25, 2001
       TX0005446277

142.   Introduction to Materials Management
       July 20, 2000
       TX0005138465

143.   An Introduction to Mathematical
       Statistics and its Applications
       September 13, 2000
       TX0005280680

144.   Introduction to Operations and Supply Chain Management
       April 7, 2005
       TX0006148566

145.   Introduction to Quantum Mechanics
       May 4, 2004
       TX0005959250

146.  Introduction to Risk Management and Insurance
      June 1, 2004
      TX0005968400

147.  Introduction to Technical Mathematics
      March 24, 1988
      TX0002278427

148.  Introduction to Telecommunications
      September 26, 2001
      TX0005446173

149.  Introduction to Vacuum Technology
      April 30, 2007
      TX0006560211

150.  Introductory Algebra
      August 15, 2002
      TX0005591214

151.  Introductory Algebra through Applications
      August 26, 2004
      TX0006019309

152.  Introductory Chemistry
      February 4, 2003
      TX0005656069

153.  Introductory Circuit Analysis
      April 22, 2002
      TX0005522977

154.  Introductory Linear Algebra: An Applied First Course
      October 1, 2004
      TX0006049329

155.  Introductory Mathematical
      Analysis for Business, Economics
      and the Life and Social Sciences
      May 12, 2004
      TX0005959454

156.  Java Software Solutions
      June 7, 2004
      TX0005978491

157.   Kleppner's Advertising Procedure
       October 14, 2004
       TX0006057820

158.   Labor Relations
       August 20, 2003
       TX0005807752

159.   Law and Economics
       October 6, 2003
       TX0005832415

160.   Legal Terminology
       August 19, 2003
       TX0005807528

161.   Linear Algebra and its Applications
       December 20, 2002
       TX005659182

162.   Linear Algebra for Engineers and Scientists
       October 1, 2004
       TX0006029043

163.   Linear Algebra with Applications (Bretscher)
       July 22, 2004
       TX0006005808

164.   Linear Algebra with Applications (Leon)
       October 3, 2001
       TX0005447210

165.   Logic and Computer Design Fundamentals
       February 27, 2004
       TX0005922254

166.   Machine Design: An Integrated approach
       March 14, 2000
       TX0005094117

167.   Macroeconomics (Abel)
       February 18, 2004
       TX0005908214

168.   Macroeconomics (Gordon)
       August 29, 2002
       TX0005604012

169.   Macroeconomics: Theories and Policies
       October 1, 2004
       TX0006062789

170.   Management
       December 8, 2004
       TX0006082707

171.   Managing Human Resources
       July 29, 2003
       TX0005771533

172.   Manufacturing Processes for Engineering Materials
       September 6, 2002
       TX0005608352

173.   Manufacturing Engineering and Technology
       April 5, 2001
       TX0005309032

174.   Market-Based Management
       February 1, 2005
       TX0006095787

175.   Marketing Management
       April 7, 2005
       TX0006150569

176.   Mathematical Ideas
       February 12, 2001
       TX0005244803

177.   Mathematical Methods for Economics
       November 13, 1997
       TX0004670848

178.   Mathematical Proofs: A
       Transition to Advanced Mathematics
       June 21, 2002

179.   Mathematical Reasoning for Elementary Teachers
       April 12, 2005
       TX0006214434

180.   Mathematics for Business
       November 1, 2000
       TX0005301130

181.   Mathematics for Elementary School Teachers
       June 22, 2004
       TX0005991863

182.   Mathematics of Interest Rates and Finance
       February 4, 2004
       TX0005904931

183.   Mechanical Behavior of Materials
       June 28, 2006
       TX0006203586

184.   Microbiology: An Introduction
       August 18, 1997
       TX0004582379

185.   Microeconomics (Perloff)
       February 17, 2006
       TX0006326449

186.   Microeconomics (Parkin)
       March 28, 2003
       TX0005877321

187.   Microeconomics (Pindyck)
       March 21, 2005
       TX0006156330

188.   Microeconomics: Principles and Tools
       February 1, 2005
       TX0006103629

189.   Modern Control Systems
       October 25, 2000
       TX0005183216

190.   Modern Electronic Communication
       July 21, 2004
       TX0006099326

191.   Modern Labor Economics:
       Theory and Public Policy
       August 14, 2002
       TX0005589428

192.   Modern Management
       October 22, 2007
       TX0006828811

193.   Modern Wireless Communications
       April 5, 2004
       TX0005952018

194.   Money, the Financial System, and the Economy
       April 26, 2004
       TX0005959738

195.   Multinational Business Finance
       September 22, 2003
       TX0005856343

196.   Numerical Analysis
       January 3, 2006
       TX0006274472

197.   Numerical Methods for Engineers
       November 8, 1995
       TX0004143488

198.   Numerical Methods Using MATLAB
       February 27, 2004
       TX0005917228

199.   Operating Systems Principles
       January 7, 2003
       TX0005640870

200.   Operating Systems: Internals
       and Design Principles
       January 14, 1998
       TX0004693854

201.   Operations Management
       May 5, 2003
       TX0005748096

202.   Operations Management: Process and Value Chains
       May 5, 2004
       TX0005926751

203.   Operations Research: An Introduction
       July 30, 2002
       TX0005580198

204.   Oracle 10g Programming: A Primer
       July 27, 2007
       TX000645 8029

205.   Organic Chemistry
       June 27, 2006
       TX0006400788

206.   Organizational Behavior
       February 1, 2005
       TX0006103180

207.   Organizational Behavior--An Experiential Approach
       January 19, 2007
       TX0006505825

208.   Organizational Theory, Design, and Change
       June 12, 2003
       TX0005738545

209.   Orthopaedic Biomechanics
       August 29, 2006
       TX0006426754

210.   Parallel and Distributed
       Computation: Numerical Methods
       December 22, 1988
       TX0002471998

211.   Parallel Programming
       July 20, 2000
       TX0005246705

212.   Partial Differential Equations
       and Boundary Value Problems
       October 4, 1999
       TX0005065773

213.   Performance Management
       April 7, 2006
       TX0006338633

214.    Personal Finance
        March 7, 2006
        TX0006309808

215.    Pharmacology for Nurses
        June 23, 2004
        TX0005972696

216.    Physics for Scientists and Engineers
        February 18, 2000
        TX0005136541

217.    Physics: Principles with Applications
        September 3, 1997
        TX0004627153

218.    Prealgebra (Martin-Gay)
        February 27, 2004
        TX0005804927

219.    Prealgebra (Bittinger)
        September 11, 2003
        TX0005790954

220.    Prealgebra & Introductory Algebra (Martin-Gay)
        October 14, 2004
        TX0006052324

221.    Prealgebra and Introductory Algebra (Bittinger)
        January 29, 2007
        TX0006506135

222.    Precalculus (Beecher)
        April 26, 2004
        TX0005955904

223.    Precaluculus (Sullivan)
        April 5, 2004
        TX0005946366

224.    Precalculus: Enhanced with Graphing Utilities
        June 3, 2002
        TX0005510683

225.    Precalculus: Functions and Graphs
        May 7, 2004
        TX0005956262

226.    Prehospital Emergency Care
        May 5, 2003
        TX0005724705

227.    Principles of Accounting
        February 16, 2007
        TX0006541434

228.    Principles of Economics
        October 6, 2006
        TX0006443658

229.    Principles of Electric Circuits
        July 1, 2002
        TX0005544524

230.    Principles of Law and Economics
        October 14, 2004
        TX0006049399

231.    Principles of Marketing
        April 8, 2003
        TX0005733315

232.    Principles of Microeconomics
        January 11, 1995
        TX0003978873

233.    Principles of Operations Management
        May 25, 2006
        TX0006357719

234.    Probabilistic Systems and Random Signals
        November 7, 2005
        TX0006268001

235.    Probability and Statistics for Engineers and Scientists
        January 15, 1998
        TX0004697382

236.    Probability and Statistical Inference
        September 13, 2000
        TX0005258643

237.    Probability and Statistics
        November 2, 2001
        TX0005475012

238.    Miller and Freund's Probability and
        Statistics for Engineers
        August 11, 2000
        TX0005149093

239.    Problem Solving and Program Design in C
        September 11, 2003
        TX0005814628

240.    Problem Solving with C++
        April 7, 2006
        TX0006324365

241.    Problem solving, Abstraction and Design using C++
        September 11, 2003
        TX0005814629

242.    Process Control Instrumentation Technology
        April 22, 2002
        TX0005505761

243.    Professional Office Procedures
        May 6, 2005
        TX0006174788

244.    Programming the World Wide Web
        November 21, 2002
        TX0005612588

245.    Public Relations Practices
        June 3, 2002
        TX0005542770

246.    Quality Control
        January 22, 1986
        TX0001739588

247.    Quantitative Analysis for Management
        July 15, 2002
        TX0005568077

248.    Quantum Chemistry and Spectroscopy
        March 7, 2005
        TX0006124902

249.   Risk Takers: Uses and Abuses of Financial Derivatives
       February 18, 2004
       TX0005914514

250.   Signals, Systems, and Transforms
       October 15, 2002
       TX0005622947

251.   Soils and Foundations
       September 11, 2003
       TX0005793718

252.   Solid State Electronic Devices
       September 1, 2005
       TX0006221401

253.   Spectral Analysis of Signals
       June 13, 2005
       TX0006185245

254.   Statistical Methods for the Social Sciences
       April 17, 1997
       TX0004503464

255.   Statistical Reasoning for Everyday Life
       August 14, 2002
       TX0005591728

256.   Statistics
       June 3, 2002
       TX0005546862

257.   Statistics for Business and Economics
       July 30, 2002
       TX0005554842

258.   Statistics for Science and Engineering
       January 8, 2002
       TX0005476269

259.   Statistics for the Behavioral and Social Sciences
       August 27, 2004
       TX0006018161

260.   Statistics for the Life Sciences
       October 4, 1999
       TX0005090270

261. Stats: Data and Models
April 26, 2004
TX0005957575

262. Strategic Brand Management
September 27, 2002
TX0005624621

263. Strategic Management and Business Policy
August 20, 2003
TX0005807563

264. Strategic Management in Action
February 7, 2005
TX0006106145

265. Strategic Management: Concepts and Cases
August 27, 2004
TX0006017663

266. Structure and Interpretation of Signals and Systems
August 29, 2002
TX0005600258

267. A Survey of Mathematics with Applications
March 10, 2004
TX0005957678

268. Surveying with Construction Applications
August 12, 2003
TX0005807404

269. Systems Analysis and Design
April 5, 2004
TX0005941476

270. Tax Research
April 10, 2006
TX0006344310

271. Technical Calculus with Analytic Geometry
June 14, 2001
Tx0005378885

272. The Economics of Macro Issues
February 22, 2005
TX0006109318

273.   The Economics of Poverty and Discrimination
       June 6, 2003
       TX0005741923

274.   The Economics of Public Issues
       March 4, 2005
       TX0006140130

275.   The Economics of Sports
       May 7, 2004
       TX0005956083

276.   The Paralegal Professional
       February 6, 2003
       TX0005671922

277.   Thinking Mathematically
       March 9, 2004
       TX0005912352

278.   Training in Interpersonal Skills
       October 15, 2002
       TX0005609623

279.   Understanding and Managing Diversity
       March 15, 2006
       TX0006326758

280.   Understanding Financial Statements
       June 12, 2003
       TX0005738540

281.   Understanding Modern Economics
       April 26, 2004
       TX0005926238

282.   University Calculus
       October 31, 2006
       TX0006459892

283.   Using and Understanding Mathematics
       April 26, 2004
       TX0005959737

284.   Vector Calculus
       April 7, 2005
       TX0006148565

285.    Web 101: Making the Net Work for You
        November 21, 2002
        TX0005638783

286.    Wireless Communications and Networks
        December 15, 2006
        TX0006495035

287.    Your Attitude is Showing
        September 21, 2001
        TX0005448392

Schedule B
"Wiley Copyrights"

1.   Materials Science & Engineering:
     An Introduction, Sixth Edition
     October 7, 2003
     TX0005804687

2.   Microwave Engineering, Third Edition
     March 12, 2004
     TX0005939958

Schedule C
"Cengage Copyrights"

Title
Date of Registration
Registration #

1.    Accounting
      April 2, 2001
      TX0005349208

2.    Accounting: Concepts and Applications
      May 9, 2007
      TX0006577433

3.    Accounting Information Systems
      March 19, 2007
      TX0006547786

4.    Accounting Information Systems
      October 25, 2006
      TX0006453185

5.    Advanced Accounting
      January 3, 2006
      TX0006274172

6.    Advanced Engineering Mathematics
      August 22, 2002
      TX0005625435

7.    Analytical Mechanics
      April 6, 2004
      TX0005948682

8.    Auditing: Assurance and Risk
      December 8, 2006
      TX0006485237

9.    Biochemistry
      November 25, 2002
      TX0005700280

10.   Business Analysis and Valuation
      August 27, 2007
      TX0006814141

11.     Business & Society:
        Ethics and Stakeholder
        Management
        January 3, 2006
        TX0006358865

12.     Business Law and the Regulation of Business
        May 14, 2007
        TX0006589362

13.     Business Law: Principles for
        Today's Commercial Environment
        March 19, 2007

14.     Business Law Today--The Essentials
        March 16, 1994
        TX0003782040

15.     Classical Dynamics of Particles and Systems
        July 30, 2003
        TX0005827168

16.     College Accounting
        April 2, 2001
        TX0005280139

17.     Cost Accounting: Traditions and Innovations
        June 6, 2002
        TX0005811620

18.     Cost Management: Accounting and Control
        June 6, 2002
        TX0005811577

19.     Economics: A Contemporary Introduction
        February 28, 1994
        TX0003750628

20.     Economics: Principles and Policy
        January 9, 2006
        TX0006303377

21.     Elements of Forecasting
        January 22, 2007
        TX0006500475

22.     Engineering Fundamentals: An
        Introduction to Engineering
        June 9, 2006
        TX0006377386

23.     Financial Accounting
        April 2, 2001
        TX0005349137

24.     Financial Accounting: A Bridge to Decision Making
        October 2, 2006
        TX0006438621

25.     Financial Accounting: An Integrated Statements Approach
        September 29, 2006
        TX0006438597

26.     Financial Management: Theory and Practice
        July 31, 2001
        TX0005388574

27.     Financial Markets and Institutions
        December 5, 2006
        TX0006485236

28.     Financial Reporting, Financial
        Statement Analysis and Valuation
        November 3, 2006
        TX0006493714

29.     Fraud Examination
        January 3, 2006
        TX0006358871

30.     Fundamentals of Financial Management
        March 15, 2006
        TX0006328846

31.     Fundamentals of Organic Chemistry
        October 21, 197
        TX0004753632

32.     Intermediate Accounting (Nikolai)
        July 18, 1991
        TX0003128717

33.     Intermediate Accounting (Stice)
        April 24, 2003
        TX0005715299

34.     International Economics
        October 1, 1991
        TX0003157050

35.     International Financial Management
        February 10, 1995
        TX0003994559

36.     Introduction to Business Law
        January 3, 2005
        TX0006303122

37.     Introduction to Business Statistics
        May 7, 2004
        TX0005926785

38.     Introduction to Corporate Finance
        March 15, 2006
        TX0006338708

39.     An Introduction to Derivatives & Risk Management
        January 3, 2006
        TX0006305776

40.     An Introduction to Signals and Systems
        May 29, 2007
        TX0006592610

41.     Law for Business
        August 3, 2001
        TX0005423310

42.     Macroeconomics
        January 9, 2006
        TX0006306933

43.     Managerial Accounting
        March 14, 2006
        TX0006340609

44.     Managing in a Global Economy
        March 19, 2007
        TX0006552225

45.     Mathematics for Physicists
        May 1, 2003
        TX0005751767

46.     Modern Physics
        May 7, 2004
        TX0005959547

47.     Money, Banking and Financial Markets
        October 25, 2006
        TX0006455627

48.     Multinational Management
        March 26, 2007
        TX0006551864

49.     Payroll Accounting
        November 26, 2007
        TX0006818722

50.     Personal Financial Planning
        January 3, 2006
        TX0006302077

51.     Practical Financial Management
        March 19, 2007
        TX0006547441

52.     Price Theory and Applications
        August 6, 2007
        TX00068128147

53.     Principles of Cost Accounting
        November 6, 1991
        TX0003180504

54.     Principles of Customer Relationship Management
        April 20, 2007
        TX0006571320

55.     Principles of Economics
        September 29, 2006
        TX0006434553

56.     Principles of Finance
        January 9, 2006
        TX0006306936

57.   Principles of Foundations Engineering
      February 28, 2003
      TX0005700477

58.   Principles of Heat Transfer
      October 19, 2000
      TX0005292081

59.   Principles of Macroeconomics
      September 29, 2006
      TX0006437004

60.   Principles of Microeconomics
      September 29, 2006
      TX0006437003

61.   Probability and Statistics for Engineers and Scientists
      May 2, 2006
      TX0006333416

62.   Professional Selling: A Trust-Based Approach
      January 9, 2006
      TX0006318711

63.   Real Estate Law
      March 2, 1992
      TX0003268149

64.   Short-Term Financial Management
      September 27, 2001
      TX0005443741

65.   Statistics for Business and Economics
      January 3, 2006
      TX0006352862

66.   Statistics for Management and Economics
      January 12, 2005
      TX0006110369

67.   Steel Design
      November 25, 2002
      TX0005700325

68.   Survey of Accounting
      November 17, 2006
      TX0006455593

69.   System Dynamics and Response
      May 31, 2007
      TX0006583772

70.   Using Peachtree Complete 2007 for Accounting
      April 7, 2007
      TX0006547181

71.   West Federal Taxation
      Corporations 2008
      November 17, 2006
      TX0006466907

72.   West Federal Taxation
      Individual 2008
      November 17, 2006
      TX0006466904

73.   West Federal Taxation: Taxation
      of Business Entities 2008
      November 6, 2006
      TX0006454540

74.   West's Business Law
      December 9, 1991
      TX0003206048

Schedule D
"McGraw-Hill Copyrights"

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1.     Digital Communications
       September 5, 2000
       TX0005266506

2.     Probability, Random Variables, and Stochastic Process
       February 14, 1991
       TX0003010182

3.     Thermodynamics: An Engineering Approach
       October 17, 2001
       TX0005473166

4.     Intermediate Accounting
       February 28, 2003
       TX0005686304

5.     Introduction to Computing Systems
       August 15, 2003
       TX0005823922

Schedule E
"Pearson Trademarks"

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |
| 12. "Benjamin Cummings" | 2,674,589 | 016 |
| 13. "Benjamin Cummings" | 2,671,773 | 041 |
| 14. "Benjamin Cummings" | 2,671,772 | 041 |
| 15. "Benjamin Cummings" | 2,621,299 | 016 |
| 16. "Benjamin Cummings" | 1,189,279 | 016 |

Schedule F
"Wiley Trademarks"

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
"McGraw-Hill Trademarks"

| U.S. Trademark | Registration Number | Class |
| --- | --- | --- |
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |